UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL ACTION NO. 23-20-DLB-CJS

**RUST-OLEUM CORPORATION**                                **PLAINTIFF**

v.

**RADIENZ LIVING CHICAGO, LLC., et al**                   **DEFENDANTS**

### CLERK'S ENTRY OF DEFAULT

It appearing to the Clerk from the record that Defendants, Radienz Living Chicago, LLC. f/k/a New U.S. Nonwovens, LLC and Radienz Living, LLC. f/k/a New U.S. Nonwovens, LLC. have been served with the Complaint and have failed to enter an appearance or otherwise defend this case, default is entered against Radienz Living Chicago, LLC. f/k/a New U.S. Nonwovens, LLC and Radienz Living, LLC. f/k/a New U.S. Nonwovens, LLC. as authorized by Fed.R.Civ.P. 55(a).

This 19th day of April, 2023.

                                Robert R. Carr, Clerk
                                U.S. District Court


                        By:    Stacie Gabbard_____
                                Deputy Clerk

1