UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| RUST-OLEUM CORPORATION | ) | Civil Action No. 2:23-CV-00020-DLB-CJS |
| | ) | |
| PLAINTIFF | ) | |
| v. | ) | |
| | ) | |
| RADIENZ LIVING CHICAGO, LLC f/k/a | ) | |
| NEW U.S. NONWOVENS, LLC; | ) | |
| RADIENZ LIVING, LLC f/k/a NEW U.S. | ) | |
| NONWOVENS, LLC; | ) | |
| AWESOME PRODUCTS, INC. | ) | |
| | ) | |
| DEFENDANTS | ) | |

\* \* \* \* \*

**AGREED ORDER OF DISMISSAL**

The plaintiff, Rust-Oleum Corporation, and the defendant, Awesome Products, Inc., having announced that all matters in dispute between them have been fully and finally resolved, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that all claims asserted or which could have been asserted by and between the parties are DISMISSED with prejudice, with each party to bear its own costs and fees.

This is a final and appealable Order, there being no just cause for delay.

<table>
<tr><td>

**Seen and Agreed to By:**

*/s/ Christopher R. Cashen (w/permission)*
Christopher R. Cashen
Kyle R. Bunnell
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, Kentucky  40507
Christopher.cashen@dinsmore.com
kyle.bunnell@dinsmore.com

and

Bryan R. Rogers
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
berogers@smbtrials.com

*Counsel for Plaintiff*

</td><td>

**Tendered By:**

*/s/ Neil E. Barton*
Charles H. Stopher
Neil E. Barton
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
(502) 681-0320
cstopher@stites.com
nbarton@stites.com

*Counsel for Awesome Products, Inc.*

</td></tr>
</table>

102685:230000:9631532:v2