UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| RUST-OLEUM CORPORATION ) | | Civil Action No. 2:23-CV-00020-DLB-CJS |
| ) | | |
| PLAINTIFF ) | | |
| v. ) | | |
| ) | | |
| RADIENZ LIVING CHICAGO, LLC f/k/a ) | | |
| NEW U.S. NONWOVENS, LLC; ) | | |
| RADIENZ LIVING, LLC f/k/a NEW U.S. ) | | |
| NONWOVENS, LLC; ) | | |
| AWESOME PRODUCTS, INC. ) | | |
| ) | | |
| DEFENDANTS ) | | |

Eastern District of Kentucky
FILED

MAR 20 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

* * * * *

### AGREED ORDER OF DISMISSAL

The plaintiff, Rust-Oleum Corporation, and the defendant, Awesome Products, Inc., having announced that all matters in dispute between them have been fully and finally resolved, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that all claims asserted or which could have been asserted by and between the parties are DISMISSED with prejudice, with each party to bear its own costs and fees.

This is a final and appealable Order, there being no just cause for delay.

*20 March 25*

Signed By:
*David L. Bunning*
Chief Judge
United States District Court

| Seen and Agreed to By: | Tendered By: |
|---|---|
| /s/ *Christopher R. Cashen (w/permission)* | /s/ *Neil E. Barton* |
| Christopher R. Cashen | Charles H. Stopher |
| Kyle R. Bunnell | Neil E. Barton |
| Dinsmore & Shohl, LLP | Stites & Harbison, PLLC |
| 100 West Main Street, Suite 900 | 400 West Market Street, Suite 1800 |
| Lexington, Kentucky 40507 | Louisville, KY 40202 |
| Christopher.cashen@dinsmore.com | (502) 681-0320 |
| kyle.bunnell@dinsmore.com | cstopher@stites.com |
|  | nbarton@stites.com |
| and | |
|  | *Counsel for Awesome Products, Inc.* |
| Bryan R. Rogers | |
| Swanson, Martin & Bell, LLP | |
| 330 North Wabash Avenue, Suite 3300 | |
| Chicago, Illinois 60611 | |
| berogers@smbtrials.com | |

*Counsel for Plaintiff*

102685:230000:9631532:v2